TOWN OF PERU, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 47204.)

Reynolds, J. P., Staley, Jr., Greenblott and Sweeney, JJ., concur; Cooke, J., concurs in the following memorandum: I concur in the result. (See General Municipal Law, § 3; *Central School Dist. No. 1 of Town of Colchester* v. *State of New York,* 18 A D 2d 943, affd. 13 N Y 2d 1031.) The taking was for a substantially different purpose from the existing use. [59 Misc 2d 49.]